| | AUSA: | Karen Reynolds | Telephone: (313) 226-9672 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Timothy Huff | Telephone: (313) 965-5376 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan



United States of America

v.

JAMES "WOODY" WOOLSEY

Case: 2:19−mj−30497
Assigned To : Unassigned
Assign. Date : 9/18/2019
Description: CMP USA v. SEALED MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 2017 - Present_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1513(3) | Retaliating against a Witness |
| 18 USC § 1001 | False Statements |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Timothy Huff, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __September 19,2019__

City and state: __Detroit, MI__

_Judge's signature_

Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Timothy Hoff, Special Agent of the Federal Bureau of Investigation (FBI) being duly sworn, state that:

1. As a Special Agent of the FBI, I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. As such, I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code.

2. I have been employed by the FBI for the past fifteen (15) years. I have been assigned to the FBI's Detroit Division since October 2007. During my employment with the FBI, I have investigated Federal crimes involving RICO conspiracies, mail fraud, wire fraud, money laundering, bank fraud, identity theft, and various other criminal matters. At all times during the investigation described in this affidavit, I have been acting in an official capacity as a Special Agent of the FBI.

3. This affidavit is respectfully submitted in support of an application for an arrest warrant for **James "Woody" Woolsey**.

## SUMMARY OF INVESTIGATION

4. Since July 2017, I have participated in an investigation involving retaliation against a witness, victim, or an informant in violation of Title 18, United States Code, Section 1513. Paragraph (e) of 18 U.S.C. § 1513 provides that "whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relating to the commission or

possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both"

5. As a result of my participation in this investigation, and reports made by other Special Agents of FBI, federal and state law enforcement officers, and reliable witnesses, I am familiar with the facts and circumstances described in this affidavit. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant for **James "Woody" Woolsey**, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **James Woolsey** has violated 18 U.S.C. § 1513(e) and 18 U.S.C. § 1001.

6. Richard Dean Woolsey, the brother of **James Woolsey**, was the subject of an FBI investigation involving a mortgage fraud scheme. Richard Woolsey was indicted in April 2011 and charged with conspiracy to commit mail and wire fraud and wire fraud in violation of 18 USC §§ 1349 and 1343 (case number 11-cr-20203). The case proceeded to jury trial in October 2013. Richard Woolsey was found guilty on both counts of the indictment. In July 2014, Woolsey was sentenced to 90 months on both counts 1 and 2 to be served concurrently. He is currently serving his sentence at FCI Morgantown.

7. Ryan Vinco was charged with a single count of conspiracy in a First Superseding Information in August 2013. Vinco pled guilty and testified at Richard Woolsey's trial. Vinco was sentenced to one year and one day followed by twenty-four (24) months of supervised release.

8. As part of the scheme, the defendants used relatives including Richard Woolsey's wife, Ryan Vinco's wife, and Richard Woolsey's brother, **James Woolsey**, as straw buyers to purchase real estate in Michigan and

2

Tennessee. On August 2, 2017, **James Woolsey** sent an e-mail to his brother Richard discussing the **James Woolsey**'s involvement in the scheme because **James Woolsey** was contemplating a civil suit against Vinco. **James Woolsey** wrote to his brother, "I was a straw buyer that got screwed simple." Based upon my experience investigating mortgage fraud cases, straw buyers face foreclosure when the scheme collapses. At a minimum, straw buyers' credit scores usually fall by a significant amount due to foreclosures when the straw buyers fail to make mortgage payments.

9. The United States Department of Justice - Bureau of Prisons (BOP) provided copies of e-mail sent to or from Richard Woolsey's BOP e-mail account known as TRULINCS. Unless otherwise noted, all of the e-mail messages described below were located during my review of Richard Woolsey's TRULINCS messages. Inmates are required to provide contact lists, including e-mail contacts, to BOP. Richard Woolsey identified **James Woolsey**, using e-mail address woolsey.james@gmail.com, as his brother.

10. On July 16, 2017, Richard Woolsey sent the following to **James Woolsey** summarizing the "financial damages are that I have suffered because of Ryan Vinco." Richard Woolsey wrote in part:

> On or about 2006 and 2007, Ryan Vinco worked at Detroit Commerce Bank (now Michigan Commerce Bank). While he was there and unbeknown to me, he performed many fraudulent verification of deposits on properties that I purchased. One of these properties included a cabin in Tennessee that I purchased for about $600,000. There was a first mortgage on this property of $450,000 and a second mortgage of $90,000. In October of 2013, Ryan Vinco testified in court that he falsified verification of deposits for this property and many others in order to bolster credit

3

> *worthiness for buyers who could not afford the*
> *properties otherwise. These properties eventually*
> *foreclosed in 2009 and 2010. Since then I have*
> *suffered a tremendous amount of financial damages*
> *and emotional issues because of this fraud.*

I believe that Richard Woolsey was helping his brother prepare a civil complaint against Ryan Vinco.

11. Also on July 16, 2017, **James Woolsey** forwarded a message from the State of Michigan Department of Insurance and Financial Services (DIFS). The subject line was "this is the response I got from difs about my favorite guy." **James Woolsey** e-mailed a complaint to DIFS claiming "I don't see how this person can be in the same industry after what he did as a vice president of a bank. He ruined 10-11 families live (sic) both financially and emotionally." Richard Woolsey replied, "The only satisfaction you can get from this route is to have his license yanked on a complaint." Richard Woolsey then wrote "But as of suing for money, that can only come from a civil suit based on the testimony ryan provided in federal court (to save his ass) but at the same time he admitted that he did fraud to get loans done for smokey mountain home investors (you being mentioned) on loans they would not otherwise have gotten. These loans went into foreclosure which put you in the mess you have been in the last 7-8 years."

12. On July 17, 2017, **James Woolsey** e-mailed his brother stating "remember that response I received from that agency regarding rv current activities, well they are digging and going to do a full check of what that company is about and what he is doing and if there's any violation they will take action."

4

13. Based upon Woolsey's complaint, the State of Michigan Department of Licensing and Regulatory Affairs sent a formal Request for Information to Vinco and his employer[1] that required a response within 15 days. The State of Michigan determined that there was no violation and closed their investigation.

14. In November 2016, Richard Woolsey filed a motion to vacate his sentence under 28 U.S.C. § 2255. The Court extended the deadline for the government's response until June 23, 2017. The United States filed its response on June 20, 2017. Richard Woolsey filed a response on August 7, 2017. Woolsey's motion is currently pending.

15. On July 31, 2017, **James Woolsey** e-mailed Richard Woolsey asking "that is so unfair …. what can I do to help?" referring to Richard Woolsey's appeal. James Woolsey then wrote, "I am really really tired of it. **the rat gets out in 8 months…I am gona scorch that rodent.**" [emphasis added] Bureau of Prison records confirmed that Ryan Vinco was incarcerated from July 1, 2014 until March 27, 2015 – approximately eight (8) months.

**In Person Harassment**

16. The investigation has identified multiple instances in which **James Woolsey** has initiated contact with Ryan Vinco. Although **Woolsey** has not made any verbal threats, his actions and demeanor appeared to be intended to harass and intimidate Vinco and his family.

17. On June 29, 2017, **James Woolsey** e-mailed Richard Woolsey stating "I ran into r v yesterday at the gas station. He shit his pants. Jumped backed into his new escalade suit on and drove away." Ryan Vinco reported this

---

[1] State of Michigan Licensing and Regulatory Affairs (LARA) case numbers 333211 and 333214.

encounter to FBI agents stating that **James Woolsey** glared at him and shouted obscenities. Vinco's nine year old daughter was with him. Vinco told agents that he was frightened by **Woolsey**'s actions and left quickly.

18. On July 11, 2017, **James Woolsey** wrote to his brother, "I ran into rv a couple times by chance and he freaked out, i (sic) would never threaten him or anyone for that matter but the fbi stop (sic) by my work today to talk with me. Can u believe that." Two FBI agents contacted James Woolsey regarding complaints of harassment from Ryan Vinco. Richard Woolsey responded "What a joke bro. Tax payers dollars at work. They don't have anything better to do than to waste time coming to talk to you because Ryan feels threatened because you accidently run into him. You guys both live downriver, that is going to happen. If he feels the way he does, so be it. Hopefully you put the feds in place. I would of told em to beat it and don't waste your time or there (sic) time."

19. **James Woolsey** replied to Richard Woolsey that he "did not threaten that dude at all" but asked "shouldn't I be worried he fucked me once already?" **James Woolsey** wrote "I rean (sic) into him at a gs station and sen (sic) one email to his real estate company looking for logistics business with some attachments on the email of his federal crime. This guy is a bitch." (see ¶ 32 below)

20. On September 11, 2017, Vinco's wife was followed by a dark grey Chevrolet Malibu registered to **James Woolsey**. The driver of the Malibu followed her to her house and then continued to drive past slowly with his window down while staring at her.

21. I obtained a search warrant for **James Woolsey**'s Google account in September 2017. Evidence obtained from Google revealed that **James Woolsey** has been taking photos of Vinco's residence since at least

6

September 12, 2015. Digital photographs taken with Motorola Android smartphones were located in **Woolsey**'s Google Drive. According to the files metadata, those photos were taken on September 12, 2015, October 15, 2015, December 26, 2015, November 25, 2016, and May 6, 2017.

22. On October 8, 2017, Ryan Vinco observed a silver Silverado pickup truck pull down the street, loop around in the court and stop in front of Vinco's driveway. Vinco was preparing to leave the house for his daughter's softball game. Not recognizing the truck, but thinking it might be a teammate, Vinco approached the vehicle. As Vinco walked towards the truck the driver rolled down the window. At that moment, Vinco saw that the driver was **James Woolsey**. Vinco went back towards his house. **Woolsey** followed Vinco after Vinco left his house. When the road widened to two lanes, **Woolsey** pulled alongside Vinco's car and stared at Vinco.

23. Vinco provided the FBI with the license plate number of the Silverado driven by **Woolsey**. NCIC checks revealed that the vehicle was registered to a local Chevrolet dealership. A grand jury subpoena was issued for dealership records. The dealership loaned the vehicle, described by Vinco, to **James Woolsey** on October 6, 2017 – two days before he stopped in front of Vinco's house. **Woolsey** returned the Silverado to the dealership on October 13, 2017.

24. On January 27, 2018, Vinco and his daughter were walking their dog when Woolsey slowly drove past, with the window down, staring at them.

25. These are not all of the reported incidents of **Woolsey**'s personal contact with Ryan Vinco and his family. Based upon the above facts, I believe that **James Woolsey** has deliberately initiated in person contact with Ryan Vinco in an attempt to harass and intimidate Vinco and his family.

**Interview of James Woosley**

26. I interviewed **James Woolsey** at his place of employment in November, 2017. During the interview, **Woolsey** alleged that Vinco had illegally short sold his house to his mother. He provided agents with a copy of a RealComp property report for Vinco's house dated October 16, 2017. He also provided a document titled "theBrokerList" regarding Ryan Vinco and a copy of the Order of Prohibition from the Department of Insurance and Financial Services (DIFS enforcement case number 15-12728).

27. I explicitly asked **James Woolsey** if he had <u>ever</u> driven down Vinco's street. Vinco's residence is located at corner of a major road but the road Vinco lives on is a cul-de-sac. **Woolsey** denied ever driving down Vinco's street. However, he claimed that he prays at a church near Vinco's house and can see Vinco's house from there.

28. Based upon the digital photographs located in **Woolsey**'s Google account and corroborated reports from Vinco that **Woolsey** was at Vinco's residence, I believe that **Woolsey** has stopped on the cul-de-sac in front of Vinco's house at least six times prior to the date of this interview. Woolsey's denial that he was ever at Vinco's house was a materially false and fictitious statement in violation of 18 U.S.C. § 1001(a)(2).

29. During the same interview, **Woolsey** admitted to contacting **Woolsey**'s employer. **Woolsey** said that he contacted Vinco's business partner, D.B. about some "logistics business opportunities." **Woolsey** told D.B. about Vinco's prior conviction because he thought D.B. should know. Woolsey claimed that he bore no "ill will" towards Vinco. However, he told agents that at Richard Woolsey's trial, Vinco turned state's evidence and made his brother out to be the "mastermind." However, Vinco was the vice president of the bank with the ability to "fudge" the documents.

8

**Electronic Contact with Vinco's Employer**

30. The investigation has shown that **James Woolsey** has made repeated electronic contact with Vinco's employer, co-workers and customers over the period of several years.

31. On January 28, 2018, Woolsey submitted a contact request through the company's website. He wrote,

> *I was looking for some warehouse space and was going to utilize your company to help us find some, but in doing some research I found some information on one of the managing partners. It was very troubling to say the least. The website is a little misleading on this individual past. He is a x felon with a history of deceit. There could be some legal issues with the info below. Also theres a order of prohibition against him from doing any business as a licensee or registrant and from being employed by an agent of or control person of any license or registarnt, under the mortgage brokers lenders and service's licensing act. Just check out enforcement case no 15-12728 it will give you the information on your managing partner. If you have any questions please dont hesitate to give me a call 313 909 3752. Have a great day*
> *James Woody Woolsey*

32. Ryan Vinco provided copies of messages sent by **James Woolsey** to Vinco's employer. In the e-mail, **James Woolsey** purported to be an interested customer but made the unusual inquiry about whether or not the company employed convicted felons. A short time later, **Woolsey** sent another message to Vinco's employer indicating that he had done his own

9

research and would not be doing business with them because of Vinco.
Woolsey wrote,

> *I was looking at commercial real estate that your company*
> *posted.i was gona buy some for our trucking company but as*
> *I did my research you. Are a managing partner with a x felon*
> *who stole money and caused 10-11 families to go bankrupt.i*
> *don't think I will be able to utilize your company for that*
> *purchase just from a ethical standpoint.*

33. I interviewed D.B., Ryan Vinco's business partner. D.B. indicated that
**Woolsey** has e-mailed their employees and sent messages and connection
requests through LinkedIn. **Woolsey** has also posted comments on D.B.'s
LinkedIn. **Woolsey** has also sent connection requests to Vinco's co-
workers.

34. I obtained a search warrant of **James Woolsey**'s LinkedIn account in
November 2017. Digital evidence from that search warrant showed that
**Woolsey** had sent LinkedIn connection requests or invitations to seven of
Vinco's co-workers between June 30, 2017 and September 18, 2017. This
evidence confirmed reports from Vinco's business partner, D.B., that
**Woolsey** had contacted company staff.

35. On August 2, 2017, **Woolsey** sent a LinkedIn message to an individual
with the initials E.J.N. stating "Ryan Vinco basically cause me great harm
both financially and emotionally." This language is similar to recent posts
by two of Woolsey's friends or associates described below. (¶ 39-40)

36. On October 30, 2017, Woolsey sent an unsolicited message to Vinco's
business e-mail from **Woolsey**'s LinkedIn account. The subject line of the
e-mail was "Happy Halloween." The message was "I wish you all the
best. Woody."

**Personal Protection Order**

37. In January 2018, Ryan Vinco obtained a personal protection order (PPO) against **James Woolsey**. In April 2018, a consent order was signed dismissing the PPO and accepting a mediation agreement between **Woolsey** and Vinco. As part of the mediation agreement, **Woolsey** agreed "to not have any contact in any form with Encore REIS, owners, employees, or business customers." As of May 2018, Vinco told me that **Woolsey**'s harassment had stopped.

38. On May 6, 2019, James Woolsey replied to an e-mail from Richard Woolsey with the subject line "wayne county called me today on taxes for the." James Woolsey wrote, "ya I seen wayne county come up on my phone and I was thinking vinco filed a ppo of smething (sic) against me the little rat…" As indicated above, **James Woolsey** stated his intention to _scorch_ Ryan Vinco whom he refers to as a "rat" and "rodent." (¶ 15)

**Renewed Interference with Vinco's Employment**

39. On August 5, 2019, Vinco contacted the FBI to report new contacts by **Woolsey** and two individuals who appeared to be friends of **James Woolsey**. Vinco provided screen shots showing posts from Scott Reese and Robert Logan. Reese's LinkedIn profile indicated that he had "over 25 years of demonstrated success in transportation, logistics and supply chain." Logan's LinkedIn profile indicated that he was the Office Manager/VP of Logan Logistics LLC. **James Woolsey** was interviewed at his place of employment, Rockwell Truck Line, in November 2017. Therefore, I believe that **Woolsey**, Reese and Logan all know each other through their employment in the shipping industry.

11

40. On August 6, 2019, Reese's LinkedIn page showed the following recent activity: "Managing Partner x felon. Ruined 5-10 families financially/...," "check out enforcement case no 15-12728[2] and then check the...," and "google enforcement case no 15-12728 managing partner." This is consistent with the screen shots provided by Ryan Vinco. Vinco provided a screen shot of Reese's post that stated "Managing Partner x felon. Ruined 5-10 families financially/ ruined their credit/emotional distress from filing bankruptcy. Children lost their college funds. Enforcement case no 15-12728 Check out website for Encore Real Estate Investments.fyi." Woolsey commented on the Reese posts writing "amazing" and "awesome just incredible."

41. According to the screen shots provided by Vinco, there was a nearly identical post from Robert Logan. Logan wrote, "check encore real estate investments website. Managing Partner x felon. Ruined 5-10 families financially/emotionally. Children lost their college funds. They all had to file bankruptcy Enforcement case no 15-12728. Logan goes on to claim that Vinco and his ex-wife are living in a house that was short sold to his mother in an "illegal transaction." Woolsey made the same allegation to FBI agents during the November, 2017 interview.

42. As described above, the mediation agreement signed by **James Woolsey** included the provision that **Woolsey** was not to have any contact in any form with Encore REIS, owners, employees, or business customers. Therefore, I believe that **James Woolsey** has caused Reese and Logan to

---

[2] State of Michigan Department of Insurance and Financial Services issued an order of prohibition in the matter of Ryan Vinco on February 2, 2016. Vinco is not permitted to work as a mortgage lender or broker. However, Vinco holds a Michigan real estate broker license (number 6505402780) that expires on October 31, 2021.

post public messages on the Encore Real Estate Investments LinkedIn profile. **Woolsey**, Reese and Logan have all posted LinkedIn messages using phrases regarding financial and emotional harm purportedly caused by Ryan Vinco.

43. In August, 2019, I obtained a search warrant for the LinkedIn accounts of **James Woolsey**, Scott Reese and Robert Logan. Evidence obtained from LinkedIn showed trucking or logistics related contact between **Woolsey**, Reese and Logan.

44. On July 26, 2019, Scott Reese shared the following message on his LinkedIn profile page: "google enforcement case no 15-12728 managing partner" and "check out enforcement case no 15-12728 and then check the companies website managing partner." On the same date, he sent a message to R.S. Vice President of Transportation and Logistics at Del Monte. He wrote, "check out enforcement case no 15-12728 and then check the companies website managing partner unbelievable."

45. On July 28, 2019, Reese shared the following message on his LinkedIn profile: "Managing Partner x felon. Ruined 5-10 families financially/emotionally.Enforcement case no 15-12728."

46. On August 2, 2019, Reese shared the following message on his LinkedIn profile: "Managing Partner x felon. Ruined 5-10 families financially/ ruined their credit/emotional distress from filing bankruptcy. Children lost their college funds. Enforcement case no 15-12728 Check out website for Encore Real Estate Investments.fyi."

47. Between August 2 and August 11, 2019, LinkedIn connection requests were sent from Scott Reese's LinkedIn account to twenty-five of Vinco's co-workers. Five of the twenty-five accepted the connection requests.

48. Between August 7 and August 10, 2019, Reese sent the text from his August 2nd profile to ten of Vinco's co-workers at Encore Real Estate Investment Services.

49. Robert Logan has also sent LinkedIn connection requests to several of Vinco's co-workers including Vinco's business partner, D.B.

50. On July 31, 2019, James Woolsey sent a LinkedIn message to D.W. asking "you do any business with encore real estate investments?" Woolsey wrote, "they r in commercial real estate I think you gave them a thumbs up or something so I wanted to find out if your (sic) doing business with them, one of their managing partners is a x felon." Woolsey also sent "enforcement case # 15-12728."

51. On August 7, 2019, Woolsey sent LinkedIn messages to three other individuals asking if they did business with Encore Real Estate Investments.

52. On August 29, 2019, Ryan Vinco found multiple copies of documents about him in the common area men's rest room located on the second floor of the building where Encore Real Estate Investment Services is located. The top page was a copy of "theBrokerList" with a short introduction to Vinco. This was stapled to a copy of the Order of Prohibition in enforcement case number 15-12728 and the RealComp property description for Vinco's home. These are the same documents that Woolsey provided to me during the interview at his office in November, 2017. (¶ 26)

## Conclusion

53. **James Woolsey** was one of several straw buyers used by Richard Woolsey and Ryan Vinco in a mortgage fraud scheme. Richard Woolsey went to

trial and was sentenced to 90 months incarceration.  Ryan Vinco pled guilty and testified against Richard Woolsey at trial.  Based upon his guilty plea and cooperation, Ryan Vinco was sentenced to a year and a day.

54. As the above facts show, **James Woolsey** has attempted to interfere with Ryan Vinco's lawful employment by contacting Vinco's employer, co-workers and customers and filing complaints with the State of Michigan. As demonstrated by **James Woolsey**'s e-mail messages, these actions are in retaliation for Vinco, whom **Woolsey** calls a "rat" and "rodent," cooperating with the FBI investigation and turning state's evidence at the trial of **Woolsey**'s brother, Richard.

55. Based upon the above, there is probable cause to believe that **James "Woody" Woolsey** has violated Title 18, United States Code, Section 1513, Retaliating against a witness, victim, or an informant; and Title 18, United States Code, Section 1001, False Statements.  I respectfully request that this court issue an arrest warrant **James Woolsey**.

FURTHER AFFIANT SAYETH NOT.

Timothy Hoff
Special Agent

Subscribed and sworn to before me this ⟨⟩ day of September, 2019.

Anthony P. Patti
United States Magistrate Judge